472 A.2d 250

Commonwealth v. Paullet, Appellant.
Petition for Allowance of Appeal
Denied May 1, 1984.

Submitted September 30, 1983. John T. Bender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Order affirmed.

POPOVICH, J., filed a memorandum concurring opinion.